ORIGINAL

Stanley J. Bell, Esq., CSB # 23191
**LAW OFFICES OF STANLEY J. BELL**
A Professional Corporation
824 Cowan Road
Burlingame, California 94010
Telephone: (415) 606-4995

Attorneys for Plaintiff



FILED

JAN 1 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| RUDY GUZMAN, GWEN GUZMAN, JALISSA GUZMAN, a minor, and JULIAN GUZMAN, a minor, and JADA GUZMAN, a minor, by and through their Guardian Ad Litem, Gwen Guzman<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants | CASE NO.: CV-F-05-0556 AWITAG<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiffs Rudy Guzman, Gwen Guzman, Jalissa Guzman, Julian Guzman and Jada Guzman hereby substitute the Law Offices of Robert Emmet Hayden, 824 Cowan Road, Burlingame, CA 94010, (415) 606-4995 in place and in stead of the Law Offices of Stanley J. Bell.

I accept the above substitution.

Dated: 11/27/05

RUDY GUZMAN

I accept the above substitution.

Dated: 11/27/05

GWEN GUZMAN, individually

I accept the above substitution.

Dated: 11/27/05

GWEN GUZMAN, on behalf of and as Guardian Ad Litem for JALISSA GUZMAN, a minor, JULIAN GUZMAN, a minor, and JADA GUZMAN, a minor

Dated: 12/27/05

STANLEY J. BELL

I accept the above substitution.

Dated: 12/27/05

ROBERT EMMET HAYDEN

IT IS SO ORDERED

Dated: 1-18-06

US DISTRICT JUDGE

RUDY GUZMAN, et al. vs. UNITED STATES OF AMERICA, et al.
Action No.: 1:05-CV-00556-AWI-DLB

### CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years and not a party to, nor interested in, the above-entitled action. I am an employee of the Law Offices of Stanley J. Bell, A Professional Corporation, and my business address is 824 Cowan Road, Burlingame, CA 94010-1205.

On December 28, 2005 I served the following:

**SUBSTITUTION OF ATTORNEY**

On all interested parties in the above cause, by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. Said envelope was thereafter deposited in the United States Mail at Burlingame, California in accordance with this firm's business practice of collection and processing correspondence for mailing of which I am readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

The envelopes were addressed as follows:

Kristi C. Kapetan, Esq.
Assistant U.S. Attorney
Eastern District of California
1130 "O" Street, Room 3654
Fresno, CA 93721
Phone: (559) 498-7272
Facsimile: (559) 498-7432

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct:

Executed on December 28, 2005 at Burlingame, California.

_____
Teresa Maxwell