1  Robert E. Haydern, Esq., CSB
        #085649
2  LAW OFFICES OF STANLEY J.
        BELL
3  A Professional Corporation
   824 Cowan Road
4  Burlingame, California 94111
   Telephone: (415) 391-3700
5
   Attorneys for Plaintiff
6
7  McGREGOR W. SCOTT
   United States Attorney
8  KRISTI C. KAPETAN
   Assistant United States Attorney
   Suite 4401, Federal Courthouse
9  2500 Tulare Street
   Fresno, California 93721
10 Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
11
   Attorneys for Defendant
12 United States of America

13

14                    UNITED STATES DISTRICT COURT

15               EASTERN DISTRICT OF CALIFORNIA - FRESNO

16 RUDY GUZMAN, GWEN GUZMAN,      )   CASE NO.: 1:05-cv-00556-AWI-TAG
   JALISSA GUZMAN, a minor, and   )
17 JULIAN GUZMAN, a minor, and    )   **VOLUNTARY DISMISSAL**
   JADA GUZMAN, a minor, by and   )   **FRCP 41**
18 through their Guardian Ad       )
   Litem, Gwen Guzman,            )
19                                 )
                 Plaintiffs,       )
20                                 )
         v.                        )
21                                 )
   UNITED STATES OF AMERICA,      )
22                                 )
                 Defendants.       )
23 _____)

24

25      The parties, by and through undersigned counsel, hereby stipulate that this matter may be

26 dismissed, with prejudice, each side to bear its own costs.

27

Dated:  February 7, 2006                    /s/ Robert E. Hayden
                                            ROBERT E. HAYDEN, ESQ.
                                            Attorney for Plaintiffs


Dated:  February 9, 2006                    McGREGOR W. SCOTT
                                            United States Attorney


                            By:    /s/ Kristi C. Kapetan
                                   KRISTI C. KAPETAN
                                   Assistant U.S. Attorney
                                   Attorneys for Defendant
                                   United States of America


## ORDER

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of

Civil Procedure.   Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a
> notice of dismissal at any time before service by the adverse party of an answer or
> of a motion for summary judgment, whichever first occurs, or (ii) by filing a
> stipulation of dismissal signed by all parties who have appeared in the action.
> Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is
> without prejudice, except that a notice of dismissal operates as an adjudication
> upon the merits when filed by a plaintiff who has once dismissed in any court of
> the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an

answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared,

although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan

Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir.

1986).  Once the stipulation between the parties who have appeared is properly filed or made in

open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro.

41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4.   Because Plaintiff has filed a stipulation for dismissal

with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made

an appearance, this case has terminated.  See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d

at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139; Commercial Space

Mgmt., 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

1    Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of

2    the Court is DIRECTED to close this case in light of the parties' filed and signed Rule

3    41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

4

5    IT IS SO ORDERED.

6    **Dated:   February 10, 2006**                    **/s/ Anthony W. Ishii**
     0m8i78                                       UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

3